TERRY KUAN GONG, PRO SE LITIGANT
AZA AKAMICHI 596-11,
URUMA CITY, OKINAWA, JAPAN

**FILED**
FEB 0 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY KUAN GONG, | Case No.: 1:11-CV-02044-AWI-DLB |
| Plaintiff, | DECLARATION OF ATTEMPT OF SERVICE ON THOMAS DEMICKE |
| vs. | |
| LEON E. PENATTA, ET AL., | MOTION FOR SUBPOENA DUCES TECTUM FOR THE DISCOVERY OF THOMAS DEMICKE'S PERSONAL MAILING ADDRESS FOR DISCOVERY AND DELIVERY OF SUMMONS AND FUTURE SUBPOENAS |
| Defendants. | |
| THOMAS DEMICKE, DODEA EMPLOYEE | |

1. DECLARATION OF ATTEMPT OF SERVICE ON THOMAS DEMICKE

I hereby declare that, I have on this day January 31, 2012 attempted to served a copy of The Original Court Complaint, and USDC Eastern District of California Instructions, and all other documents that are currently submitted to the USDC Eastern District of California to date but failed to do so, due to circumstances beyond my control, as a Pro Se Litigant.
On January 31st at 1300 I went to Department of Defense Educational Activity Headquarters Office, located at Torii Station, Army Garrison at talked to their Attorney Advisor, Mr. Jonathan Beyes (email: jonathan.beyers@pac.dodea.edu) and discuss the possibility of serving Summons on Mr. Thomas Demicke via his living address. Mr. Beyes and had said that the revelation of Mr. Demicke's would be privacy issue and so he could not give the Defendant's mailing address to serve the Summons via registered mail to his home, for a matter outside of the teaching realm. He did say that he would cooperate if he did obtain a court order instructing him to do so.
 Efforts made thus far, Motion to the Honorable Dennis L. Beck for a "Federally Issued Statement of Cooperation by DoD Entities Not Named in the Lawsuit. Motion to the Honorable Dennis L. Beck for, Appointment of Process Servers to Serve Summons on All Military Extraterritorial Jurisdictions (ETJ). Motion to the Honorable Dennis L. Beck for Plaintiff as Pro Se Litigant to make Direct Contact with Defendants. Advice of Receipt # RR279274503JP by

TERRY KUAN GONG, PRO SE LITIGANT
AZA AKAMICHI 596-11,
URUMA CITY, OKINAWA, JAPAN

International Mail Service, from Okinawa City Main Post Office the DoDEA HQ in Arlington Virginia, mailed Jan 30th 2012, time 17:04.

2. MOTION FOR SUBPOENA DUCES TECTUM FOR THE DISCOVERY OF THOMAS DEMICKE'S PERSONAL MAILING ADDRESS FOR DISCOVERY AND DELIVERY OF SUMMONS AND FUTURE SUBPOENAS

**Subject Matter**: The Plaintiff will Motion the Honorable Dennis L. Beck for Subpoena Duces Tectum for Thomas Demicke's Personal Mailing Address from DoDEA Pacific HQ, Jonathan Beyers, DoDEA Pacific. **Fact**: Plaintiff cannot legally serve Defendant Thomas Demicke on a ETJ. **Adversary Party**: Thomas Demicke. **Expected Substance**: The Defendant's personal mailing address to serve court order Summons and future Subpoenas for discovery.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Terry K Gong

TERRY KUAN GONG, PRO SE LITIGANT